## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARC LINDEN, INDIVIDUALLY AND DERIVATIVELY IN THE RIGHT AND ON BEHALF OF SILVER ROAD, INC. T/A CAMP RAMBLEWOOD, ET AL.** * * * * * | |
| *Plaintiffs,* * * | |
| v. * | Case No. 8:16-cv-03091 PX |
| * | |
| **HARRY LEFF & SILVER ROAD, INC.** * * | |
| *Defendants.* * * | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P., 41(a)(1)(A), with no Answer or Motion for Summary Judgment having been filed, Plaintiffs Marc and Kaye Linden, individually and derivatively on behalf of Silver Road, Inc., t/a Camp Ramblewood, file this notice of dismissal with prejudice, both sides to bear their own attorneys' fees and costs.

Respectfully Submitted,

**LERCH, EARLY & BREWER, CHARTERED**

/s/ *William A. Goldberg*
Stanley J. Reed (Bar #00315)
William A. Goldberg (Bar #16512)
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814
(301) 657-0177 (Telephone)
(301) 347-1796 (Facsimile)
sjreed@lerchearly.com
wagoldberg@lerchearly.com
*Counsel for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2017, I served all parties of the foregoing through EM/ECF.

/s/ *William A. Goldberg*
William A. Goldberg

2462207.1                                                                                                                89920.001